<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2406**

LAWRENCE WILDER,

                Plaintiff - Appellant,

      v.

WILMINGTON NORTH CAROLINA POLICE DEPARTMENT; CHIEF RALPH EVANGELOUS, Wilmington North Carolina Police Department; WANDA COPLEY, County Attorney; BENJAMIN DAVID, District County Office; UNKNOWN WILMINGTON NORTH CAROLINA POLICE OFFICER,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, District Judge. (7:09-cv-00036-BO)

Submitted: March 17, 2015         Decided: March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Wilder appeals the district court's order dismissing his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilder v. Wilmington N.C. Police Dep't, No. 7:09-cv-00036-BO (E.D.N.C. Dec. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED